E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHET & LEO PRODUCE CO., /d/b/a C&L
PRODUCE, a California corporation,

Plaintiff,

v.

CASSANDRA, LLC d/b/a CENTRAL PARK
RESTAURANT, a California Limited Liability
Company, TIMOTHY M. CASS, an individual,
and SANDRA R. FREEMAN, an individual,

Defendants.

No. C 05-02282 JSW

**ORDER DISSOLVING
TEMPORARY RESTRAINING
ORDER**

This matter came before the Court upon consideration of Plaintiff's motion for a preliminary injunction, following the Court's issuance of a temporary restraining order on June 7, 2005.

On June 20, 2005, the Court heard oral argument on Plaintiff's motion for a preliminary injunction, and a written ruling on that motion shall follow. Having considered the parties' argument at that hearing, however, the Court HEREBY ORDERS that the Temporary Restraining Order issued on June 7, 2005, is HEREBY DISSOLVED as of the date of this Order.

**IT IS SO ORDERED.**

Dated: JUN 2 0 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE