Lawrence H. Meuers, Esq. (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **CHET & LEO PRODUCE CO. d/b/a C&L PRODUCE,**<br><br>Plaintiff,<br><br>vs.<br><br>**CASSANDRA, LLC d/b/a CENTRAL PARK RESTAURANT,** *et al.*,<br><br>Defendants. | Case No.: 05-02282 JSW<br><br>**STIPULATION AND ORDER FOR CONTINUANCE**<br><br>Date: August 26, 2005<br>Continued Date: September 23, 2005<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor |

Plaintiff, Chet & Leo Produce Co. d/b/a C & L Produce, and Defendants, Cassandra, LLC d/b/a Central Park Restaurant, Timothy M. Cass, and Sandra M. Freeman, by and through their undersigned counsel, hereby stipulate to continue the Hearing on subject matter jurisdiction scheduled for August 26, 2005 to September 23, 2005 based upon a tentative settlement agreement reached by the parties.

Based upon the Stipulation of the parties, **IT IS HEREBY ORDERED**:

The Hearing on subject matter jurisdiction scheduled for August 26, 2005 is herby continued to September 23, 2005 at 9:00 a.m.

Dated: August 25, 2005

_____
Jeffrey S. White
United States District Judge

STIPULATION AND ORDER FOR CONTINUANCE                                    Page 1 of 2