Lawrence H. Meuers, Esq. (SBN 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239)513-9191
Facsimile: (239)513-9677

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **CHET & LEO PRODUCE CO. d/b/a C&L PRODUCE,** | Case No.: 05-02282 JSW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |
| **CASSANDRA, LLC d/b/a CENTRAL PARK RESTAURANT,** *et al.*, | |
| Defendants. | |

Plaintiff, Chet & Leo Produce Co. d/b/a C & L Produce, and Defendants, Cassandra, LLC d/b/a Central Park Restaurant, Timothy M. Cass, and Sandra M. Freeman, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to the voluntary dismissal of the above-entitled action, with prejudice. Each party is to bear its own attorneys' fees and costs.

Based upon the Stipulation of the parties, **IT IS HEREBY ORDERED:**

The above-entitled lawsuit is dismissed with prejudice. Each party is to bear its own attorneys' fees and costs. This case is now closed.

Dated: September 20, 2005

_____
Honorable Jeffrey S. White
United States District Court Judge

STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE     Page 1